# EXHIBIT B

## Dmitry Lapin

| | |
|---|---|
| **From:** | Dmitry Lapin |
| **Sent:** | Thursday, October 17, 2024 10:06 AM |
| **To:** | jeffb@alaskainjury.com |
| **Cc:** | Julie Schatz |
| **Subject:** | Mark Johnson v. Barber & Associates LLC & Jeff Barber - 3:24-cv-00214-SLG - District of Alaska |
| **Attachments:** | LTR requesting waiver of service.pdf; Doc. 2 - Civil Cover Sheet.pdf; Doc. 1 - Complaint.pdf; Doc. 1-1 - Ex A to Complaint - Copyright.pdf; Doc. 1-2 - Ex B to Complaint- Continuing Infringement.pdf; Doc. 1-3 - Ex C to Complaint - Google Search Results.pdf |

Mr. Barber,

Our office has been retained to represent Mr. Mark A. Johnson in connection with his copyright infringement claims against you and your firm. As you are likely already aware, a lawsuit has been initiated against you and your firm. Attached is a copy of the Complaint and Exhibits.

Also attached is a cover letter and package going out in the mail later today containing Rule 4(d) Requests for Waiver of Service, along with the waiver forms. Please send the executed waivers at your earliest convenience, preferably via email.

Dmitry Lapin, Esq.
Senior Litigation Counsel
Axenfeld Law Group, LLC
Office: (215) 422 3000
Direct: (917) 979 4570
Philadelphia | NYC | Phoenix

This communication including all attachments may be subject to the attorney-client privilege or the attorney-work-product privilege or may be otherwise confidential. Any dissemination, copying or use of this communication by or to anyone other than the designated and intended recipient(s) is unauthorized. If you are not the intended recipient, please delete or destroy this communication immediately.