# EXHIBIT C

# USPS Tracking®



Track Packages Anytime, Anywhere
Get the free Informed Delivery® feature to receive automated notifications on your packages
Learn More

Remove ✕

Tracking Number:

**9405530109355049320210**

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:54 pm on October 21, 2024 in ANCHORAGE, AK 99501.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

ANCHORAGE, AK 99501
October 21, 2024, 1:54 pm

See All Tracking History

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

See Less

Track Another Package

Enter tracking or barcode numbers

Feedback

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

USPS.COM

HELPFUL LINKS
Contact Us
Site Index
FAQs
Feedback

USPS JOBS
Careers

ON ABOUT.USPS.COM
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services

OTHER USPS SITES
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers
PostalPro

LEGAL INFORMATION
Privacy Policy
Terms of Use
FOIA
No FEAR Act/EEO Contacts
Fair Chance Act
Accessibility Statement

Copyright © 2024 USPS. All Rights Reserved.