# EXHIBIT D

# Invoice

Alaska Court Services
821 N Street #104
Anchorage, AK 99501
Phone # 907-258-3211
Services@alaska-court.com
www.alaska-court.com

| Date | Invoice # |
| --- | --- |
| 12/25/2024 | 39890 |

**Bill To**

Axenfeld Law Group LLC
535 N Church St #304
West Chester, PA 19380

| Terms | Due Date |
| --- | --- |
| Due on receipt | 1/24/2025 |

| Item | Description | Qty | Rate | Amount |
| --- | --- | --- | --- | --- |
| S&C | Mark A Johnson -vs- Jeff Barber and Barber & Associates<br><br>Summons in a Civil Action; Complaint; Exhibit A; Exhibit B; Exhibit C<br><br>Person Served: Jeff Barber<br><br>Return Fee: $85 - Rush Services $30.00 - 31 Pages at $0.20 per page $6.20<br><br>Case Number: 3:24-cv-00214-SLG - Return Number: 265769 | 1 | 121.20 | 121.20 |
| S&C | Mark A Johnson -vs- Jeff Barber and Barber & Associates<br><br>Summons in a Civil Action; Complaint; Exhibit A; Exhibit B; Exhibit C<br><br>Person Served: Barber & Associates<br><br>Return Fee: $85 - Rush Services $30.00 - 31 Pages at $0.20 per page $6.20<br><br>Case Number: 3:24-cv-00214-SLG - Return Number: 265770 | 1 | 121.20 | 121.20 |

| | |
| --- | --- |
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

Alaska Court Services
821 N Street #104
Anchorage, AK 99501
Phone # 907-258-3211
Services@alaska-court.com
www.alaska-court.com

# Invoice

| Date | Invoice # |
|---|---|
| 12/25/2024 | 39890 |

| Bill To |
|---|
| Axenfeld Law Group LLC<br>535 N Church St #304<br>West Chester, PA 19380 |

| Terms | Due Date |
|---|---|
| Due on receipt | 1/24/2025 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Credit Card | if paid with card | | 9.50 | 9.50 |

Returns of Service will be distributed when payment is received from a customer order.

| | |
|---|---|
| **Total** | $251.90 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $251.90 |

**Dmitry Lapin**

| | |
|---|---|
| **From:** | QuickBooks Payments <quickbooks@notification.intuit.com> |
| **Sent:** | Friday, December 27, 2024 7:34 AM |
| **To:** | Dmitry Lapin |
| **Subject:** | Payment confirmation: Invoice #39890-(Alaska Court Services) |

Manage payment

# You paid $251.90

to **Alaska Court Services** on 12/27/2024

## Payment details

| | |
|---|---|
| Invoice no. | 39890 |
| Invoice amount | $251.90 |
| Total amount | **$251.90** |

| | |
|---|---|
| Status | Paid |
| Payment method | VISA****5527 |
| Authorization ID | MU0233893601 |

Please don't reply to this email, if you need any help regarding this message, please contact the business directly.

Thank you,

Alaska Court Services

Services@alaska-court.com

No additional transfer fees or taxes apply. Intuit Payments Inc (IPI) processes payments as an agent of the business. Payments processed by IPI constitutes payment to the business and satisfies your obligation to pay the business, including in connection with any dispute or case, in law or equity. Money movement services are provided by IPI pursuant to IPI's licenses (NMLS #1098819, https://www.intuit.com/legal/licenses/payment-licenses). IPI is located at 2700 Coast Avenue, Mountain View, CA 94043, 1-888-536-4801.

Security | Privacy statement | Terms of Service

© 2022 Intuit Inc., All rights reserved. Trademarks.
2800 E. Commerce Center Place, Tucson, AZ 85706

intuit. powering prosperity turbotax quickbooks proconnect mint

intuit. powering prosperity

turbotax quickbooks proconnect mint