# EXHIBIT E

Professional = Dmitry Lapin (Active Only)
Group By Professional Group
Client - Matter = Mark A Johnson v. Barber & Associates LLC & Jeff Barber. (Active Only)
Task Code = All
View = Original
From 09-23-2024 To 01-17-2025

**Time Entries**

| Date | Status | BillableType | Professional | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| *Mark A Johnson* | | | | | | |
| Mark A Johnson v. Barber & Associates LLC & Jeff Barber. | | | | | | |
| [redacted] | | | | | | |
| 12-27-2024 | Approved | Billable | Lapin, Dmitry | 0.400 | $ 350.00 | $ 140.00 |
| | research 9th Circuit case law re Motion for Costs under Rule 4(d) | | | | | |
| [redacted] | | | | | | |
| 01-10-2025 | Approved | Billable | Lapin, Dmitry | 1.800 | $ 350.00 | $ 630.00 |
| | research district and circuit case law regarding motions under FRCP 4(d)(2) (.6); review file and begin drafting motion for attorneys' fees and costs under FRCP 4(d)(2) (1.2) | | | | | |
| 01-13-2025 | Approved | Billable | Lapin, Dmitry | 1.900 | $ 350.00 | $ 665.00 |
| | Research case law and studies concerning prevailing and reasonable market rates in Alaska (.4); continue drafting memorandum of law in support of motion for costs/fees under Rule 4(d)(2) (1.3); draft proposed order (.2) | | | | | |
| [redacted] | | | | | | |
| 01-17-2025 | Approved | Billable | Lapin, Dmitry | 0.500 | $ 350.00 | $ 175.00 |
| | Perform final review and revisions on memo of law in support of motion under 4(d)(2) (.3); prepare exhibits for filing then file motion with court (.2) | | | | | |

| | |
|---|---|
| Matter Total | [redacted] |
| Client Total | |
| Grand Total | |

01-17-2025 10:22:46