**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

| | |
|---|---|
| Mark A. Johnson<br><br>Plaintiff,<br><br>vs.<br><br>Barber & Associates LLC, and Jeff Barber, individually<br><br>Defendant. | Case No.: 3:24-cv-00214-SLG |

**[PROPOSED] ORDER GRANTING JOHNSON'S MOTION FOR COSTS AND ATTORNEYS' FEES**

Pursuant to Fed. R. Civ. P. 4(d)(2), Plaintiff Mark A. Johnson submitted a Motion for Costs and Attorneys (the "Motion"). Having reviewed and considered the Motion, and any response thereto, IT IS HEREBY ORDERED that the MOTION is GRANTED.

IT IS FURTHER ORDERED that Defendants B&A and Barber shall pay $251.90 in costs incurred in effectuating service of process; and

IT IS FURTHER ORDERED that Defendants B&A and Barber shall pay $_______________ in attorneys' fees incurred in bringing the Motion, including responding to any opposition.

IT IS FURTHER ORDERED that B&A and Barber shall remit payment to Axenfeld Law Group, LLC within twenty (20) days of the date of this Order.

DATED: ____ day of _________________, 2025

______________________________________

Hon. Sharon L. Gleason
Chief U.S. District Judge